IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ANDREW MURRAY, PETER MURRAY, TIM CHAPMAN, RUAN GOUWS, HUGH BARRON, RAYMOND OWEN, MORNE VIVIERS, DORIN BUTNARIU, and ANDRE MARNEWECK, individually and on behalf of all similarly situated persons,<br>　　　　　　　Plaintiffs<br>vs.<br><br>ALTENDORF TRANSPORT, INC.<br>　　d.b.a.<br>　Altendorf Harvesting<br>　　and<br>JANICE MARIE ALTENDORF,<br>　　individually,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case 2:10-cv-00103-RRE-KKK<br><br><br><br><br><br><br><br><br>**PLAINTIFFS' MOTION FOR CERTIFICATION OF RULE 23 CLASS ACTION** |

**TO THE ABOVE NAMED DEFENDANTS:** Plaintiffs Andrew Murray et al., through their counsel of record and pursuant to Rule 23 of the Federal Rules of Civil Procedure, hereby move this Court to certify as a class action Plaintiffs' breach of contract claim as pled in their Amended Complaint. The substantial grounds upon which this motion is based are set forth in the supporting memorandum filed and served concurrently with this motion. Respectfully submitted this 3rd day of July, 2013.

　　　　　　　　　　　　　　　　　　　　By:

　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　Mac Schneider
　　　　　　　　　　　　　　　　　　　　ND ID # 06476
　　　　　　　　　　　　　　　　　　　　Schneider, Schneider, & Schneider
　　　　　　　　　　　　　　　　　　　　815 Third Avenue South
　　　　　　　　　　　　　　　　　　　　Fargo, ND 58103
　　　　　　　　　　　　　　　　　　　　(701) 235-4481