# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Andrew Murray, Peter Murray, Tim Chapman, Ruan Gouws, Hugh Barron Raymond Owen, Morne Vivier, Dorin Butnariu, and Andre Marneweck, individually and on behalf of all similarly situated, | ) ) ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Altendorf Transport, Inc. d.b.a. Altendorf Transport, Inc., | ) ) ) | Case No. 2:10-cv-103 |
| Defendant. | ) | |

On June 9, 2017, plaintiffs filed a motion requesting that the court schedule a conference and, ultimately, issue a revised scheduling order in this case. The **GRANTS** the motion (Doc. No. 285). The court shall conduct a status conference in the above-entitled action on November 28, 2017, at 10:00 a.m. by telephone. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 9th day of November, 2017.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court