# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Andrew Murray, Peter Murray, Tim Chapman, Ruan Gouws, Hugh Barron Raymond Owen, Morne Vivier, Dorin Butnariu, and Andre Marneweck, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Altendorf Transport, Inc. d.b.a. Altendorf Transport, Inc., | ) ) ) | Case No. 2:10-cv-103 |
| Defendant. | ) ) | |

It is hereby **ORDERED** that parties shall have until February 28, 2018, to move to join additional parties and to amend pleadings to add claims or defenses.

Dated this 30th day of November, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court